PHILIP WALDHEIM, Respondent, *v.* ABRAHAM SONNENSTRAHL, Appellant.

APPEAL from judgment in favor of plaintiff.

*Hayes & Greenbaum*, for appellant.

*Simpson & Werner*, for respondent.

FITZSIMONS, J.   The plaintiff's testimony certainly shows that he failed to comply with the covenant in the guaranty which provided that defendant should be notified by postal card if Ginns did not pay five dollars each week on account of the goods sold.   But the testimony also shows that defendant, after Ginns' default, waived that provision.

Therefore, the judgment was right, and must be affirmed, with costs.

EHRLICH, Ch. J., and VAN WYCK, J., concur.

Judgment affirmed, with costs.